IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GENERAL ELECTRIC CAPITAL CORPORATION,

    Plaintiff,
v.                                               CASE NO. 1:07-cv-00218-MP-AK

PAUL C MADISON,

    Defendant.

_____/

**O R D E R**

       This matter is before the Court on Doc. 1, the Complaint, which contains a motion for a prejudgment writ of replevin against an airplane that secures the debt that is the subject of this lawsuit.  Under Fla. Stat. § 78.068, "a prejudgment writ of replevin may be issued and the property seized delivered forthwith to the petitioners when the nature of the claim and the amount thereof, if any, and the grounds relied upon for the issuance of the writ clearly appear from specific facts shown by the verified petition or by separate affidavit of the petitioner." Id. 78.068(1).

       Here, the Plaintiff has attached the affidavit of Raymond McIntyre to the Complaint, in which he indicates that Defendant has failed to cure the default on the loan and has failed to surrender the aircraft despite being told to do so.  This, coupled with the inherently movable nature of an aircraft, leads the Court to find "that the defendant is engaging in, or is about to engage in, conduct that may place the claimed property in danger of destruction, concealment, waste, removal from the state, removal from the jurisdiction of the court, or transfer to an innocent purchaser during the pendency of the action or that the defendant has failed to make payment as agreed." Fla. Stat. § 78.068(2).  Additionally, the Court finds that the value of the

goods ($650,000.00), as averred by Mr. McIntyre, is less than the amount owed ($1,041,564.34) by Defendant.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. A prejudgment writ of replevin shall issue when the Plaintiff has posted bond in the amount of $1,300,000.00, which represents twice the value of the goods subject to the writ, as security for the payment of damages the defendant may sustain if the writ has been obtained wrongfully.  Along with posting bond, the Plaintiff shall provide the Court with an electronic, editable copy of a proposed writ of replevin.

2. The defendant may obtain release of the property seized under the prejudgment writ of replevin by posting bond within 5 days after the serving of the writ in the amount of 1.25 of the amount due and owing on the agreement for the satisfaction of any judgment which may be rendered against the defendant.

3. The defendant, by contradictory motion filed with the court within 10 days after service of the writ, may obtain the dissolution of a prejudgment writ of replevin unless the Plaintiff proves the grounds upon which the writ was issued.  The court shall set down such motion for an immediate hearing. This motion shall be in lieu of the provisions of paragraph 2 above.

**DONE AND ORDERED** this  *25th*   day of October, 2007

> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge